UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                                                           Case No.: 15-31180-LMI
                                                           Chapter 13

**WILLIAM R. VIVAS,**

    Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Berger Firm P.A. hereby enter their appearance as counsel for Creditor, **SN SERVICING CORPORATION, AS SERVICER FOR U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CHALET SERIES III TRUST,** ("Movant" or "Secured Creditor"), in these proceedings.

All parties shall take note that all future pleadings, notices, correspondence and any and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated: August 27, 2018**

                                        Respectfully Submitted,

                                        /s/ Chase A. Berger
                                        Chase A. Berger
                                        Fla. Bar No. 083794
                                        cberger@ghidottiberger.com
                                        **GHIDOTTI | BERGER FIRM P.A.**
                                        *Counsel for Secured Creditor*
                                        3050 Biscayne Boulevard - Suite 402
                                        Miami, Florida 33137
                                        Telephone: (305) 501.2808
                                        Facsimile: (954) 780.5578

Case No.: 15-31180-LMI

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**William Rodrigo Vivas**
2301 S.W. 26th Street
Miami, FL 33133

*Debtor's Counsel*
**Michael P. Borell, Esq.**
7200 Corporate Center Drive, # 312
Miami, FL 33126

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

By: /s/ Chase A. Berger
Chase A. Berger, Esq.